# Court of Appeals
# of the State of Georgia

ATLANTA, July 28, 2017

*The Court of Appeals hereby passes the following order*

## A17I0272. C & H PAVING, INC. v. DAVID DELOR, AS PARENT OF ALEXANDER DELOR et al. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
16CV48211



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, July 28, 2017.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*